NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DAVID A. CANADY,               )
                               )
          Appellant,           )
                               )
v.                             )          Case No. 2D18-1088
                               )
STATE OF FLORIDA,              )
                               )
          Appellee.            )
_____)

Opinion filed September 26, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Barbara Twine
Thomas, Judge.


PER CURIAM.

          Affirmed.  See Carbajal v. State, 75 So. 3d 258 (Fla. 2011); State v. King,

426 So. 2d 12 (Fla. 1982); McDonald v. State, 133 So. 3d 530 (Fla. 2d DCA 2013);

McKenzie v. State, 31 So. 3d 275 (Fla. 2d DCA 2010); Hughes v. State, 22 So. 3d 132

(Fla. 2d DCA 2009); Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004); Brown v.

State, 827 So. 2d 1054 (Fla. 2d DCA 2002); Desmond v. State, 576 So. 2d 743 (Fla. 2d

DCA 1991); Budd v. State, 477 So. 2d 52 (Fla. 2d DCA 1985); McMillan v. State, 832

So. 2d 946 (Fla. 5th DCA 2002); Hart v. State, 761 So. 2d 334 (Fla. 4th DCA 1998).


SILBERMAN, BADALAMENTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.